# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BRUCE ALAN WALKER**, | ) | Case No. 5:16-cv-00294-PSG |
| Petitioner, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER |
| **MARION SPEARMAN**, **WARDEN**, | ) | |
| Respondent. | ) | |

    FOR GOOD CAUSE APPEARING, Petitioner's request to hold the proceedings in abeyance is hereby GRANTED.

    IT IS FURTHER ORDERED that counsel provide this Court with status reports every 60 days.

Dated: January 20, 2016

_____
PRESIDING MAGISTRATE JUDGE