UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALAN WALKER,<br>　　　　　Petitioner,<br>　　v.<br>MARION SPEARMAN,<br>　　　　　Respondent. | Case No. 5:16-cv-00294-PSG<br><br>**ORDER LIFTING STAY**<br><br>**(Re: Docket No. 8)** |

　　　　Petitioner Bruce Alan Walker moves to lift the stay previously granted in this case while Walker's habeas petition was pending before the California Supreme Court.[1] The California Supreme Court has denied Walker's petition.[2] Walker's motion is GRANTED and the stay is lifted.

**SO ORDERED.**

Dated: May 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket Nos. 8, 6.

[2] *See* Docket No. 8 at Ex. A.